**Order entered February 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01207-CR

**BRITTANY RAE BOOKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-83858-2014**

## ORDER

The Court **REINSTATES** the appeal.

On January 22, 2015, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is not indigent and is represented by retained counsel; (3) Denise Condran and Kelly Bryant are the court reporters who recorded the proceedings; (4) appellant made payment to Ms. Condran on January 30, 2015, and she is preparing her portion of the record; and (5) Ms. Bryant gave appellant a quote on her portion of the record and is awaiting payment.

We **ORDER** Denise Condran, as official court reporter of the County Court at Law No. 3, to file by **MARCH 16, 2015**, either the complete reporter's record or the portion of the

reporter's record for which payment has been received, together with written verification that appellant did not make payment for the remaining portion of the record. *We notify appellant that if we receive verification of non-payment, we will order the appeal submitted without the missing portion of the reporter's record.* *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Denise Condran, official court reporter, County Court at Law No. 3; Kelly Bryant, court reporter; Charles Pelowski; and John Rolater.

/s/    LANA MYERS
          JUSTICE